

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:24CR50-HSO-BWR

JAMES FRANCIS RAY                     21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

On or about April 25, 2024, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **JAMES FRANCIS RAY**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of

forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

TODD W. GEE
United States Attorney

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 14 day of May 2024.

UNITED STATES MAGISTRATE JUDGE